IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff-Respondent,**

    v.

**ANTONIO M. TYREE, JR.,**
    **Defendant-Movant.**

**Case No. 2:24-CR-45**
**JUDGE EDMUND A. SARGUS, JR.**

## ORDER

Antonio M. Tyree, Jr., proceeding *pro se*, moved to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (ECF No. 41.) The Court then ordered the Government to answer or otherwise respond to the § 2255 Motion under Rules 4(b) and 5 of the Rules Governing § 2255 Proceedings within 60 days of the date of that order. (ECF No. 42.) Shortly thereafter, the Government filed a Motion for Petitioner to File a Waiver of Attorney-Client Privilege. (ECF No. 43.)

Mr. Tyree alleges his trial counsel provided ineffective assistance of counsel, and the Government submits that an appropriate response to Mr. Tyree's § 2255 Motion should incorporate a written response that includes an affidavit from Mr. Tyree's counsel. (*Id.* PageID 198.) The Government requests that Mr. Tyree file a sworn waiver of attorney-client privilege and that its response deadline be held in abeyance pending the filing of that waiver. (*Id.* PageID 199.)

The Government's Motion is well-taken and **GRANTED**. (ECF No. 43.) Mr. Tyree is **ORDERED** to file a formal waiver of attorney-client privilege within 21 days of the date of this Order. Mr. Tyree is **WARNED** that the failure to file such waiver could result in the denial of his § 2255 Motion. The Government's current November 16, 2025 response deadline is **VACATED**.

The Government is **ORDERED** to respond to the § 2255 Motion under Rules 4(b) and 5 of the Rules Governing § 2255 Proceedings within 60 days of the filing date of a proper attorney-client waiver by Mr. Tyree. Mr. Tyree has 21 days after the Government's response to reply to it. This case remains open.

    **IT IS SO ORDERED.**


**9/22/2025**                                                     s/Edmund A. Sargus, Jr.
**DATE**                                                          **EDMUND A. SARGUS, JR.**
                                                                         **UNITED STATES DISTRICT JUDGE**